IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. CLARK     PLAINTIFF

v.     CIVIL NO. 07-5174

MICHAEL J. ASTRUE, Commissioner
Social Security Administration     DEFENDANT

## J U D G M E N T

Now on this 12th day of December, 2008, comes on for consideration the Report and Recommendation dated November 7, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

    /s/Jimm Larry Hendren
    HON. JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)